UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR04-240-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| TAMMY KAY BROWN, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 11, 2006. The United States was represented by Assistant United States Attorney Lisca Borichewski, and the defendant by Mr. John Lundin. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Distribution of Methamphetamine in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(B). On January 13, 2005, defendant was sentenced by the Honorable Marsha J. Pechman to a term of twenty (20) months imprisonment, followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, abstention from alcohol, participation in drug/alcohol testing as instructed, participation in a mental health treatment program, and consent to search.

In a Petition for Warrant or Summons dated July 7, 2006, U.S. Probation Officer

Jerrod Akins asserted the following violation by defendant of the conditions of her supervised release:

    (1)    Consuming methamphetamine on July 2, 2006, in violation of standard condition number 7.

The defendant was advised of the allegation, and advised of her rights. Defendant admitted to the violation, and waived any rights to an evidentiary hearing as to whether it occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1, and that the Court conduct a hearing limited to disposition. A disposition hearing has yet been set before the Honorable Marsha J. Pechman.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 11th day of August, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Marsha J. Pechman
       AUSA:    Ms. Lisca Borichewski
       Defendant's attorney:    Mr. John Lundin
       Probation officer:    Mr. Jerrod Akins